**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

GILBERTO MOJICA-RAVELO,

     Plaintiff,

    v.

BUREAU OF PRISONS,

     Defendant.

CIVIL ACTION NO.: 4:26-cv-064

**O R D E R**

After a careful <u>de</u> <u>novo</u> review of the entire record, the Court concurs with the Magistrate Judge's March 18, 2026, Report and Recommendation, (doc. 5), to which Plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 5.) Plaintiff's Motion to Proceed <u>in forma pauperis</u> is **DENIED**. (Doc. 2.) Pursuant to the Court's Local Rules, Plaintiff is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Failure to make timely payment will result in dismissal. <u>Id.</u>

    **SO ORDERED**, this 29th day of May, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA