**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

GILBERTO MOJICA-RAVELO,

Plaintiff,

v.

BUREAU OF PRISONS,

Defendant.

CIVIL ACTION NO.: 4:26-cv-64

**ORDER**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's August 10, 2026, Report and Recommendation, (doc. 7), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 10th day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA